HENRY R. C. WATSON, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Watson* v. *City of New York,* 67 App. Div. 573, affirmed.
(Argued May 5, 1903; decided May 19, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered Jan-

uary 28, 1902, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*David B. Ogden* for appellant.

*George L. Rives, Corporation Counsel (Theodore Connoly and Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN and VANN, JJ. Not voting: O'BRIEN, J.